[No. 60222-5-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL B. BROTHERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02634-3, David A. Kurtz, J., entered June 4, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60247-1-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SAJAHKLAN HATFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12818-2, James D. Cayce, J., entered June 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60367-1-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LAQUANA RENEE GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08827-8, Harry J. McCarthy, J., entered July 16, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60412-1-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *on behalf of Michael Lee Mitchell et al.*, *Respondent*, v. CHARLES GERARD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-5-03574-5, Suzanne M. Barnett, J., entered July 13, 2007. *Affirmed* by unpublished per curiam opinion.